UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE INDIGO ROAD HOSPITALITY GROUP, LLC | )<br>)<br>) |
| Plaintiff, | )  Civil Action No.:  19-cv-1987<br>) |
| v. | )<br>) |
| LUAN OF KOSOVA, LLC and<br>3 OAK TAKEAWAY, LLC | )  JURY TRIAL DEMANDED<br>)<br>) |
| Defendants. | ) |

**JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Local Rule 7.4(b)(2), the parties stipulate and agree to the following:

A. Plaintiff The Indigo Road Hospitality Group, LLC filed the Complaint in this matter on May 7, 2019.  Plaintiff requested that Defendants waive service of the Complaint on May 20, 2019.  Defendants agreed to waive service, thereby requiring that Defendants file their Answer or otherwise respond to the Complaint by July 19, 2019.

B. The parties are engaged in settlement discussions.  To continue those discussions, the parties agree to an extension of an additional thirty (30) days, thereby making Defendants' Answer or other response to the Complaint due by August 19, 2019 (August 18, 2019 is a Sunday).

C. There have been no other extensions of time in this case.

Date: July 19, 2019

By: /Damon A. Neagle/
Damon A. Neagle, Esq.
Design IP, P.C.
1575 Pond Road, Suite 201
Allentown, PA 18104
(610) 395-4900
damonneagle@designip.com
*Attorney for Plaintiff*

By: /FrankAMazzeo/
Frank A. Mazzeo, Esq.
Ryder, Mazzeo & Konieczny LLC
808 Bethlehem Pike, Suite 200
Colmar, PA 18915
(215) 997-0248
fmazzeo@rmkiplaw.com
*Attorney for Defendants*

Approved and So Ordered this ___22nd___ day of ___July___, 2019.

*Joshua D. Wolson*
JOSHUA D. WOLSON, J.